UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE CHAMBERS, an individual and for all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> PATRICK S. SWEENEY, <br><br> Objector - Appellant, <br><br> v. <br><br> WHIRLPOOL CORPORATION, a Delaware Corporation; et al., <br><br> Defendants - Appellees. | No. 16-56436 <br><br> D.C. No. 8:11-cv-01733-FMO-JCG <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered October 20, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7